NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IROBOT CORPORATION,**
*Appellant*

v.

**SHARKNINJA OPERATING LLC, SHARKNINJA MANAGEMENT LLC, SHARKNINJA SALES COMPANY,**
*Appellees*

———————————

2022-1235

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-00735.

———————————

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2        IROBOT CORPORATION v. SHARKNINJA OPERATING LLC

(2) Each side shall bear their own costs.

FOR THE COURT

<u>May 5, 2022</u>
    Date                         <u>/s/ Peter R. Marksteiner</u>
                                       Peter R. Marksteiner
                                       Clerk of Court

**ISSUED AS A MANDATE:** May 5, 2022